

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

March 6, 2023

**Via CM/ECF**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York

RE:   *Dawkins v. A. Fishman & Son Jewelry, Inc.*
      Case No.: 1:23-cv-01191-EK-LB

Dear Judge Komitee:

Plaintiff submits this letter to extend the time for Defendant A. Fishman & Son Jewelry, Inc.to respond to the complaint.

Defendant was served on March 2, 2023, and Defendant's Answer is due March 23, 2023. Defendant has been in contact with counsel for Plaintiff and has advised that he needs additional time to respond to the complaint. Plaintiff requests this Court expand the time for Defendant to answer up to and including April 24, 2023. This is the first such request Plaintiff has made in this matter.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

*/s/ Mark Rozenberg*
By:  Mark Rozenberg, Esq.